Debtor name  **Hoover Well Service, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:16-bk-03734-SHG**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 13, 2016**      X **/s/ Tommy John Hoover**
Signature of individual signing on behalf of debtor

**Tommy John Hoover**
Printed name

**Member**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Hoover Well Service, LLC**
United States Bankruptcy Court for the: DISTRICT OF ARIZONA
Case number (if known): 2:16-bk-03734-SHG

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 101 PIPE & STEEL 30101 AGOURA COURT STE 240 AGOURA HILLS, CA 91301 | 818-707-9101 | Vendor | | | | $62,239.77 |
| 2M COMPANY INC. P.O. BOX 80770 BILLINGS, MT 59108 | 406-245-1490 | Plaintiff in CV2016-00373 | Disputed | | | $47,687.20 |
| 2M COMPANY INC. P.O. BOX 80770 BILLINGS, MT 59108 | 406-245-1490 | Plaintiff in CV2015-01525 | Disputed | | | $388,711.66 |
| AMERICAN EXPRESS BOX 0001 LOS ANGELES, CA 90096-8000 | 800-528-4800 | Credit card | | | | $138,869.46 |
| AMERICAN EXPRESS BOX 0001 LOS ANGELES, CA 90096-8000 | 800-528-4800 | Credit card | | | | $121,816.31 |
| ARIZONA DEPARTMENT OF REVENUE PO BOX 29010 PHOENIX, AZ 85038-9010 | 602-255-3381 | 2014 and 2015 withholding taxes | | | | $34,496.04 |
| BILL JOHNSON EQUIPMENT COMPANY 21 S. 40TH STREET PHOENIX, AZ 85034 | 602-275-5415 | Vendor | | | | $73,909.64 |
| BLUE STEEL SERVICES, LLC ONE CENTERPOINT DRIVE STE 510 LAKE OSWEGO, OR 97035 | 503-416-0700 | Vendor | | | | $153,805.45 |

| Debtor | Hoover Well Service, LLC | | Case number (if known) | 2:16-bk-03734-SHG |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BRANSEN DRILLING LLC**<br>406 W. BROADWAY AV, STE F<br>MOSES LAKE, WA 98837 | alex_kerslake@hotmail.com<br>509-766-1805 | **1968 Rig IDECO 3000 double drum works mounted on a tandem 2-axle trailer (5321) and tools of trade** | | $657,598.86 | $505,000.00 | $152,598.86 |
| **CALLAHAN AG, LLC/CALLAHAN MANUFACTURING**<br>P.O. BOX 205<br>ROYAL CITY, WA 99357 | 509-346-2208 | **Possible repossession deficiency for 1977 Ingersoll Rand T4 1/2 rotary rig** | | | | $34,920.67 |
| **CINTAS CORP LOC 696**<br>P.O. BOX 29059<br>PHOENIX, AZ 85038 | cintas@globalbilling.com<br>480-968-5691 | **Service provider** | | | | $51,482.49 |
| **CNA INSURANCE/TRANSPORTATION INS CO**<br>LOCKBOX #790094<br>1005 CONVENTION PLAZA<br>ST. LOUIS, MO 63101 | | **Insurance provider; plaintiff in 2:16-cv-00750-JZB** | **Disputed** | | | $170,077.15 |
| **COLONIAL FUNDING NETWORK**<br>120 W 45TH STREET 2ND FLOOR<br>NEW YORK, NY 10036 | jballard@sfscapital.com<br>212-354-1400 | **Loan** | | | | $33,400.00 |
| **GBR FUNDING**<br>665 MOLLY LANE, STE 130<br>WOODSTOCK, GA 30189 | 866-813-0616 | **Loan** | | | | $386,200.00 |
| **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS**<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | **2014, 2015 and 2016 withholding taxes** | | | | $456,963.55 |
| **KELLY PIPE**<br>1617 S. 40TH AVENUE<br>PHOENIX, AZ 85009 | 602-256-2990 | **Vendor** | | | | $235,701.02 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **PINAL COUNTY ASSESSOR**<br>**P.O. BOX 709**<br>**FLORENCE, AZ 85232** | | **Real property taxes** | | | | $33,752.47 |
| **SMALL BUSINESS TERM LOANS, INC.**<br>**5852B FARINGDON PLACE**<br>**RALEIGH, NC 27609** | | **Plaintiff in CV2015-02077** | **Disputed** | | | $258,774.00 |
| **THE GREENPOINT GROUP/COLONIAL FUNDING**<br>**120 W. 45TH STREET, 2ND FL**<br>**NEW YORK, NY 10036** | jballard@sfscapital.com<br>212-354-1400 | **Loan** | | | | $33,440.00 |
| **TVT CAPITAL LLC**<br>**122 EAST 42ND STREET, STE 2112**<br>**NEW YORK, NY 10017** | tarap@rtrrecoveryll.com<br>516-707-9131 | **Plaintiff in 63535/2015** | **Disputed** | | | $286,154.53 |